DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RICHARD VINCENT LETIZIA,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

Nos. 4D21-2720 & 4D21-2975

[March 24, 2022]

Consolidated appeals of order denying rule 3.850 motion and denying rule 3.801 motion from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Dan L. Vaughn, Judge; L.T. Case Nos. 312005CF002028A and 312005CF001527A.

Richard Vincent Letizia, Orlando, pro se.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY, and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***